IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01488-ZLW

JOHN GLENN SNYDER,

    Applicant,

v.

JOE ORTIZ, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 6 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Applicant's "Motion for Amendment to Grounds on Writ of Habeas Corpus Addition of Exhibit" filed on July 3, 2007, is DENIED because this Court lacks jurisdiction to consider the motion. The United States Court of Appeals for the Tenth Circuit has not issued its mandate returning jurisdiction to this Court.

Dated: July 6, 2007

Copies of this Minute Order mailed on July 6, 2007, to the following:

John Glenn Snyder
Prisoner No. 114255
Fremont Corr. Facility
PO Box 999
Cañon City, CO 81215- 0999

Secretary/Deputy Clerk