IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 9 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-01488-ZLW

JOHN GLENN SNYDER,

       Applicant,

v.

JOE ORTIZ, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

       Respondents.

---

ORDER REINSTATING CASE

---

     Pursuant to the mandate of the United States Court of Appeals for the Tenth

Circuit filed on July 6, 2007, this civil action is reinstated. Accordingly, it is

     ORDERED that this civil action is reinstated pursuant to the mandate of the

United States Court of Appeals for the Tenth Circuit filed on July 6, 2007.

     DATED at Denver, Colorado, this 19 day of _____July_____, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  06-cv-01488-BNB

John Glenn Snyder
Prisoner No. 114255
Fremont Corr. Facility
PO Box 999
Canon City, CO 81215- 0999

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on___7/19/07___

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk