IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-01488-WYD

JOHN GLENN SNYDER,

     Applicant,

v.

JOE ORTIZ, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

     Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     Applicant's "Request for Ruling on Appointment of Counsel" filed September 4, 2007 (docket #32), in which Applicant requests appointment of counsel to represent him in this action, is **DENIED** as premature.  "In most federal courts, it is the practice to appoint counsel in post-conviction proceedings only after a petition for post-conviction relief passes initial judicial evaluation and the court has determined that issues are presented calling for an evidentiary hearing."  ***Johnson v. Avery***, 393 U.S. 483, 487 (1969).

     Dated:  September 12, 2007