IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-01488-WYD

JOHN GLENN SNYDER,

    Applicant,

v.

JOE ORTIZ, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Applicant's letter to the court filed on September 20, 2007, which has been docketed as a motion to clarify, is **GRANTED.**  Applicant's prior motion for appointment of counsel was denied as premature because the court has not determined yet whether issues are presented calling for an evidentiary hearing.  "In most federal courts, it is the practice to appoint counsel in post-conviction proceedings only after a petition for post-conviction relief passes initial judicial evaluation and the court has determined that issues are presented calling for an evidentiary hearing."  ***Johnson v. Avery***, 393 U.S. 483, 487 (1969).

    Dated:  September 21, 2007